IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
MAY 6 2008
5-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ANTHONY F. BROWN )
PETITIONER, )
) CASE NUMBER: 03 CR 886
) HONORABLE HARRY D. LEINENWEBER
) UNITED STATES DISTRICT COURT JUDGE
v. )
)
)
) 08CV2613
UNITED STATES OF AMERICA, ) JUDGE LEINENWEBER
RESPONDENT. ) MAGISTRATE JUDGE MASON

SWORN AFFIDAVIT
IN SUPPORT OF MOTION PURSUANT TO §2255

Now Comes, the Petitioner, ANTHONY F. BROWN, Pro Se, in support of pending appeal pursuant to 28 U.S.C. §2255 in support of his "INEFFECTIVE ASSISTANCE OF COUNSEL" claim seeking relief from this Honorable Court. In support, I, Mr. Brown affirm the following:

1. **Petitioner** was previously represented by Attorney's Ms. Mary H. Judge and Mr. Mathew Madden, 55 E. Monroe, Suite 2800, Chicago, Illinois 60603.

2. **Petitioner** was previously arrested and convicted on Federal Drug and Theft charges and was sentenced on February 27, 2004.

3. **Petitioner** on numerous occasions strenuously insisted to Ms. Judge to request a **SEARS INSTRUCTION** and a **ENTRAPMENT DEFENSE INSTRUCTION**.

4. **Petitioner** insisted that Ms. Judge call Raymond Grady and Ms. Margie Collins as defense witnesse's Ms. Judge refused by stating that "They were **HOSTILE WITNESSE'S** to the defense and prosection. Ms. Judge stated that his reasoning was based on the prosecution's observations. This decision was made over petitioner's strongest objections.

I, ANTHONY F. BROWN, hereby certify under penalty of perjury pursuant to 28 U.S.C. §1746, that the foregoing is true and correct.

[ Executed on 15 April 2008, at Federal Prison Camp, Manchester, Kentucky]

*Odallaf, Notary*
*exp 2-17-2011*

_____
Anthony F. Brown
#21362-424   MA-2
Federal Correctional Institution
P.O. Box 4000
Manchester, Kentucky 40962