UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 C 2613 |
| | ) | |
| ANTHONY BROWN | ) | Judge Harry D. Leinenweber |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney

                By: s/ Barry A. Miller
                    Barry A. Miller
                    Assistant United States Attorney
                    219 South Dearborn Street
                    Chicago, Illinois 60604
                    (312) 886-1325