UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  08 C 2613 |
| | ) | |
| ANTHONY BROWN | ) | Judge Harry D. Leinenweber |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:   ANTHONY F. BROWN, #21362-424  MA-2
      Federal Correctional Institution
      P.O. Box 4000
      Manchester, KY  40962

   Please take notice that on June 6, 2008, the undersigned filed with the Clerk, United States District Court, Northern District of Illinois, at 219 S. Dearborn St., Chicago, IL, the Government's Attorney Designation.  A copy is served upon you herewith.

                              PATRICK J. FITZGERALD
                              United States Attorney

                              By: s/ Barry A. Miller
                                   Barry A. Miller
                                   Assistant United States Attorney
                                   219 South Dearborn Street
                                   Chicago, Illinois 60604
                                   (312) 886-1325

CERTIFICATE OF SERVICE

The undersigned Asst. U.S. Attorney hereby certifies that the aforesaid document was served on June 6, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.  A copy was also mailed to the above-named party on June 6, 2008.

                              /s Barry A. Miller